# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | | |
|---|---|---|---|
| Brian Sanders | ) | | |
|     *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:17-cv-00540-DJH |
| | ) | | |
| Trans Union, LLC *et al.* | ) | | |
|     *Defendants* | ) | | |
| | ) | | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANTS BROOKS LAW OFFICE, ASSUMED NAME FOR STEPHEN BROOKS, P.S.C., AND LOUISVILLE RECOVERY SERVICE, LLC

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff Brian Sanders hereby gives notice that he is dismissing without prejudice his claims against Defendants Brooks Law Office, assumed name for Stephen Brooks, P.S.C., and Louisville Recovery Service, LLC. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Brian Sanders*

James McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4

Louisville, KY 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Brian Sanders*

### **CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of September, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I also certify that I served a true copy of the foregoing Notice of Voluntary Dismissal via U.S. Mail on the persons at the addresses set forth below this 20th day of September, 2017:

Brooks Law Office
*Assumed name for* Stephen Brooks, P.S.C.
c/o Stephen A. Brooks
105 S. Sherrin Avenue
Louisville, KY 40207

Louisville Recovery Service, LLC
c/o Cindy Habeeb
1939 Goldsmith Lane, Suite 135
Louisville, KY 40218

                                                /s/ James H. Lawson
                                                *Counsel for Plaintiff*
                                                *Brian Sanders*