# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Brian Sanders  )  |  |  |
|    *Plaintiff* ) | | |
| ) | | |
| v. ) | Case No. | 3:17-cv-00540-DJH |
| ) | | |
| Trans Union, LLC *et al.* ) | | |
|    *Defendants* ) | | |
| ) | | |

### NOTICE OF SETTLEMENT

    Please take notice that Plaintiff, Brian Sanders, has reached a settlement with defendant Trans Union, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
Brian Sanders

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
Brian Sanders

## CERTIFICATE OF SERVICE

    This is to certify that I filed the foregoing via the Court's CM/ECF system on this 13th day of November, 2017, which will send a Notice of Electronic Filing to all counsel of record.

/s/ James H. Lawson
*Counsel for Plaintiff*
*Brian Sanders*