UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRIAN SANDERS,                                                                               Plaintiff,

v.                                                              Civil Action No. 3:17-cv-540-DJH-DW

TRANS UNION, LLC, et al.,                                                              Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Brian Sanders and Defendant Trans Union, LLC having filed an agreed order of dismissal with prejudice as to Sanders's claims against Trans Union (Docket No. 16), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     Sanders's claims against Trans Union are **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to terminate Trans Union, LLC as a defendant in the record of this matter.

(2)     All claims having been resolved (*see* D.N. 10), this matter is **DISMISSED** and **STRICKEN** from the Court's docket.

December 6, 2017

**David J. Hale, Judge**
**United States District Court**

1